UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00110-02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER HUDSON | MAGISTRATE JUDGE HORNSBY |

**ORDER**

This matter was referred to United States Magistrate Judge Mark Hornsby for entry of a guilty plea and issuance of a Report and Recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 63) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Christopher Hudson, is **ACCEPTED** and he is finally adjudged guilty of the offense charged in Count 1 of the indictment, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 23rd day of August, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE